circuit court of Franklin county will, therefore, be reversed and the cause will be remanded for a new trial.

*Reversed and remanded.*

SCHEINEMAN, P. J. and BARDENS, J., concur.

Wesley M. Cleveland and Irma Cleveland, Appellees, v. Jefferson Ice Company, Appellant.

Gen. No. 46,066.   (Abstract of Decision.)

Donald J. Seeley, for appellant; Louis T. Herzon, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 1, 1953; released for publication January 22, 1954.

Mildred C. Asselborn, Plaintiff-Appellee, v. State Farm Life Insurance Company, Defendant-Appellant.

Gen. No. 10,708.